Gene Edward Scott II / Pro Se / Plaintiff
1721 West Glendale Avenue
#2058
Phoenix, Arizona 85021-8835 /
(602) 750-8640

THE UNITED STATE COURT
OF FEDERAL CLAIMS

CIV CASE NO:

Gene Edward Scott II,
Plaintiff,

PLAINTIFF'S COMPLAINT IN PURSUANCE TO FEDERAL RULES OF CIVIL PROCEDURES' RULE NUMBER 7(a)(1).

vs.

The United States Government,

1600 Pennsylvania Ave, NW
Washington, DC 20500
Defendant.

Pursuant to Federal Rules of Civil Procedures' rule 7(a)(1), the plaintiff submits this complaint for proceeding action and claim for the plaintiff.

RECEIVED - USCFC
JAN 16 2019

-1-

This is a claim governed by both Federal Question and Diversity of Citizenship. There are stakes well above $75 Thousand. The plaintiff realizes that this Court has jurisdiction in this case.

1. Federal Question:
(A). The United States Constitutional Amendment # I clearly states the right "to grieve" as I'm attempting now and hereby and and in accordance with the Federal Rules Of Civil Procedures' rule 7(a)(1).
(B). The United States Constitutional Amendment # XIV clearly states any United States citizen has "the

-2-

"right to equal protection of the laws".

Currently I'm in a very poverished setting that's a violation of the above rights. It is my hope, the lords of the Court and representatives of the United States Government maintain those rights and preside on my complaint and claim to uphold justice.

2. Diversity Of Citizenship:

(A). The amount sought is $2.5 Billion from the United States Government account but not personal individual private account. The claim amount of $2.5 Billion is to build a College University/Residential

-3-

Hall with medical facility in Holly Grove, Arkansas zip code 72069 because of the need for commerce and population in Holly Grove, Arkansas 72069 and my need for sercurity and livelihood. I currently reside in the state of Arizona and the Defendant is located in a different state... Washington, DC zip code 20500. The claim's need ... is ... located in Arkansas (Holly Grove ... zip code 72069) The plaintiff feels the United States District Court of Little Rock has jurisdiction in this claim and case. Therefore, the plaintiff request relief.

A copy of this complaint has been mailed to the Defendant... The United States Government at address 1600 Pennsylvania Avenue, NW, Washington, DC 20500 during today's date.

_____

1721 West Glendale Ave
#2058
Phoenix, Arizona 85021-8835.
(602) 750-8640.
Pro Se/Plaintiff.

Dated: January 8, 2019.

Gene E. Scott II
1721 West Glendale Ave. #2058
Phoenix, AZ 85021-8835


RECEIVED
JAN 16 2019
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

The U.S. Court of
Federal Claims
717 Madison Place #103
Washington, DC 20439